# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>        Plaintiff,<br><br>    v.<br><br>AKSHAR, INC., a California corporation dba Parkside Inn Fresno,<br><br>        Defendant. | Case No.: 1:16-cv-1502-DAD- JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 6) |

On October 27, 2016, the plaintiff notified the Court that the parties have settled the action. (Doc. 6) Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed no later than **November 25, 2016**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **October 28, 2016**              **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE