1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11      THERESA BROOKE,                                No.  1:16-cv-01502-DAD-JLT

12                     Plaintiff,

13            v.                                       ORDER DIRECTING THE CLERK OF THE
                                                       COURT TO CLOSE THE CASE
14      AKSHAR, INC. d/b/a PARKSIDE INN
        FRESNO,                                        (Doc. No. 8)
15
                       Defendant.
16

17

18            On November 21, 2016, plaintiff filed a notice of voluntary dismissal with prejudice of

19      this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) with each party to bear its

20      own costs and attorneys' fees.  (Doc. No. 8.)  Defendant has not filed a responsive pleading in

21      this action.  In light of this, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson*

22      *v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.

23      Accordingly, the court directs the Clerk of Court to close the case.

24      IT IS SO ORDERED.

25         Dated:   **November 23, 2016**                _____

26                                                       UNITED STATES DISTRICT JUDGE

27

28

                                                       1